| | |
|---|---|
| 1 | |
| 2 | KEVIN ALEXANDER (SBN 175204)<br>BENJAMIN T. MORTON (SBN 199158)<br>CRAIG J. MARIAM (SBN 225280)<br>GORDON & REES LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA  92101<br>Telephone:  (619) 696-6700<br>Facsimile:  (619) 696-7124 |

KEVIN ALEXANDER (SBN 175204)
BENJAMIN T. MORTON (SBN 199158)
CRAIG J. MARIAM (SBN 225280)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

MANUEL SALDANA (SBN 137060)
GORDON & REES LLP
633 W. 5th Street, Ste. 4900
Los Angeles, CA  90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470

Attorneys for Defendant
**BIC USA, INC.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public,<br><br>  Plaintiff,<br><br>  vs.<br><br>BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO.:  3:07-cv-2367<br><br>**NOTICE OF APPEARANCE OF ATTORNEYS FOR DEFENDANT BIC USA, INC.** |

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorneys hereby state their appearance for defendant BIC USA, INC.:

CRAIG J. MARIAM (SBN 225280)
GORDON & REES LLP
101 W. Broadway, Suite 1600
San Diego, CA  92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124
Email: cmariam@gordonrees.com

- 1 -
NOTICE OF APPEARANCE OF ATTORNEYS

1  BENJAMIN T. MORTON (SBN 199158)
   GORDON & REES LLP
2  101 W. Broadway, Suite 1600
   San Diego, CA 92101
3  Telephone: (619) 696-6700
   Facsimile: (619) 696-7124
4  Email: bmorton@gordonrees.com

5  MANUEL SALDANA (SBN 137060)
   GORDON & REES LLP
6  633 W. 5th Street, Ste. 4900
   Los Angeles, CA 90071
7  Telephone: (213) 576-5000
   Facsimile: (213) 680-4470
8  Email: msaldana@gordonrees.com

9

10 Dated: December 18, 2007         GORDON & REES LLP

11

12                                  By:  /s/ Craig J. Mariam
                                         Craig J. Mariam
13                                       Attorneys for Defendant BIC
                                         USA, INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BICC/1045679/5269609v.1

- 2 -
NOTICE OF APPEARANCE OF ATTORNEYS