KEVIN ALEXANDER (SBN 175204)
BENJAMIN T. MORTON (SBN 199158)
CRAIG J. MARIAM (SBN 225280)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

MANUEL SALDANA (SBN 137060)
GORDON & REES LLP
633 W. 5th Street, Ste. 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
**BIC USA, INC.**

FILED
07 DEC 18 PM 12: 40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 07 CV 2367 IEG BLM<br><br>Originally filed in the Superior Court for the State of California, County of San Diego, Case No. 37-2007-00081566-CU-BT-CTL<br><br>**DECLARATION OF STEVE MILKEY IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |

I, Steve Milkey, declare:

1. I am the Senior Director of Sales for Defendant, BIC USA, INC. ("BIC"). BIC is a corporation formed under the laws of the State of Delaware. BIC's principal place of business is located in Milford, Connecticut. I am over the age of eighteen years and a citizen and resident of the United States of America. The matters stated in this declaration are of my own personal knowledge gained as an employee of BIC and, if called upon as a witness, I could and would competently testify thereto.

- 1 -
DECLARATION OF STEVE MILKEY IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL
CASE NO.

2.    Each memorandum, report, record, or data compilation relied on or referenced in this declaration, including, but not limited to, sales, revenue, and profit records, has been kept in the course of a regularly conducted business activity, and it has been the regular practice of BIC to create and maintain these records as part of its regularly conducted business activity.

3.    I have reviewed the Complaint filed by Plaintiff, Donna R. Nelson, captioned *Donna R. Nelson vs. BIC USA, Inc. and Does 1 through 100, inclusive,* filed in the Superior Court for the State of California in and for the County of San Diego, Case No. 37-2007-00081566-CU-BT-CTL.

4.    As the Senior Director of Sales, I have access to BIC's sales data for the periods November 14, 2003, through the present. I have reviewed this data in preparation for verifying this declaration. During the four-year period preceding the filing of this action, from November 14, 2003 through November 13, 2007, BIC sold more than 50 million J-26 "Made in the USA" (i.e., "Maxi") lighters in the State of California. Further, during this period from November 14, 2003 through November 13, 2007, BIC has received in excess of $5 million dollars in revenues from the sale of BIC J-26 "Made in the USA" (Maxi) lighters in the State of California. BIC's profits from the sale of the "Made in the USA" Maxi lighters are also in excess of $5 million dollars. The sales, revenue, and profit figures contained in this paragraph relate to and represent only those Maxi lighters that contain the notation, "Made in USA"; they do not relate to or represent sales, revenue, or profit figures as to those Maxi lighters that contain the notation, "Made in France," "Made in Brazil," or any other country of

///

///

///

DECLARATION OF STEVE MILKEY IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL
CASE NO.

1 | origin other than the BIC Maxi lighters made in the USA. Sales of the Maxi
2 | lighters are continuing daily.
3 |     I declare under the laws of the State of California and the United States of
4 | America that the foregoing is true and correct.
5 |     Executed this _1Y_ day of December, 2007, in Milford, Connecticut.

*Steve Milkey* (signature)

BICC/1045679/5245382v.1

- 3 -

DECLARATION OF STEVE MILKEY IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL