KEVIN ALEXANDER (SBN 175204)
BENJAMIN T. MORTON (SBN 199158)
CRAIG J. MARIAM (SBN 225280)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

MANUEL SALDANA (SBN 137060)
GORDON & REES LLP
633 W. 5th Street, Ste. 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
**BIC USA, INC.**

FILED
07 DEC 18 PM 12:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DONNA R. NELSON, an individual and on behalf of the general public,

   Plaintiff,

vs.

BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive,

   Defendant.

CASE NO.:

**'07 CV 2367 IEG BLM**

**NOTICE OF POTENTIALLY INTERESTED PARTIES**

**BIC USA, INC.** states that the following are potentially interested parties in this action, and that it knows of no other potentially interested parties at this time:

1. BIC USA, INC.
2. BIC Corporation
3. DONNA R. NELSON, and all individuals or entities similarly situated.

-1-
NOTICE OF POTENTIALLY INTERESTED PARTIES

4. KEVIN T. LEVINE, and all individuals or entities similarly situated.

Dated: December 5, 2007                    GORDON & REES LLP

By: _____
Kevin Alexander
Benjamin T. Morton
Craig J. Mariam
Attorneys for Defendant, BIC USA, INC.