```
KEVIN ALEXANDER (SBN 175204)
BENJAMIN T. MORTON (SBN 199158)
CRAIG J. MARIAM (SBN 225280)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

MANUEL SALDANA (SBN 137060)
GORDON & REES LLP
633 W. 5th Street, Ste. 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
```

Attorneys for Defendant
**BIC USA, INC.**

FILED
07 DEC 18 PM 12:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.: 07 CV 2367 IEG BLM<br><br>**NOTICE OF RELATED CASES** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Local Rule 40.1(e), Defendant BIC USA, INC. hereby notifies the Court and all counsel for the parties that the following action is a potentially related case:

1. <u>Kevin T. Levine v. BIC USA, Inc., et al.</u>, Case No. 07-CV-1096-LAB-RBB.

///
///

-1-
NOTICE OF RELATED CASES

Dated: December 5, 2007

GORDON & REES LLP

By: _____
Kevin Alexander
Benjamin T. Morton
Craig J. Mariam
Attorneys for Defendant, BIC USA, INC.