1
2   KEVIN ALEXANDER (SBN 175204)
    BENJAMIN T. MORTON (SBN 199158)
3   CRAIG J. MARIAM (SBN 225280)
    GORDON & REES LLP
4   101 W. Broadway, Suite 2000
    San Diego, CA  92101
5   Telephone:  (619) 696-6700
    Facsimile:  (619) 696-7124
6
    MANUEL SALDANA (SBN 137060)
7   GORDON & REES LLP
    633 W. 5th Street, Ste. 4900
8   Los Angeles, CA  90071
    Telephone:  (213) 576-5000
9   Facsimile:  (213) 680-4470

10  Attorneys for Defendant
    **BIC USA, INC.**

11              **UNITED STATES DISTRICT COURT**

12             **SOUTHERN DISTRICT OF CALIFORNIA**

13  DONNA R. NELSON, an individual and )   CASE NO.:  3:07-cv-2367
    on behalf of the general public,        )
14                                          )   **NOTICE OF APPEARANCE OF**
                                            )   **ATTORNEY FOR DEFENDANT**
15                          Plaintiff,      )   **BIC USA, INC.**
                                            )
16          vs.                             )
                                            )
17  BIC USA, INC., a Delaware corporation, )
    and DOES 1 through 100, inclusive,      )
18                                          )
                            Defendants.     )
19  ─────────────────────────────────────  )

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                              - 1 -
    ───────────────────────────────────────
    NOTICE OF APPEARANCE OF ATTORNEY

1    TO: THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR

2    RESPECTIVE ATTORNEYS OF RECORD:

3    PLEASE TAKE NOTICE that the following attorney hereby states his

4    appearance for defendant BIC USA, INC.:

5                    BENJAMIN T. MORTON (SBN 199158)
                         GORDON & REES LLP
6                     101 W. Broadway, Suite 1600
                        San Diego, CA 92101
7                    Telephone: (619) 696-6700
                      Facsimile: (619) 696-7124
8                   Email: bmorton@gordonrees.com

9

10   Dated: December 31, 2007            GORDON & REES LLP

11

12                                       /S/BENJAMIN T. MORTON
                                   By:   Benjamin T. Morton
13                                       Attorneys for Defendant BIC
                                         USA, INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BICC/1045679/5282246v.1

- 2 -

NOTICE OF APPEARANCE OF ATTORNEY

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: 101 W. Broadway, Suite 1600, San Diego, CA 92101. On December 31, 2007, I served the within documents:

**NOTICE OF APPEARANCE OF ATTORNEY FOR DEFENDANT BIC USA, INC.**

| | |
|---|---|
| ☐ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below according to Fed.R.Civ.P. 4 and 5. |
| ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by Federal Express. I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing Federal Express overnight delivery pursuant to Code of Civil Procedure §1013(c). |
| ☒ | **BY ELECTRONIC FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office. |

John H. Donboli
Sean Slattery
Del Mar Law Group LLC
322 8th Street, Suite 101
Del Mar, CA 92014
Tel: (858) 793-6244
Fax: (858) 793-6005
Email: jdonboli@delmarlawgroup.com
*Attorneys For Plaintiffs*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 31, 2007, at San Diego, California.

/s/ Brandy L. Ellis
Brandy L. Ellis

BICC/1045679/5058423v.1

PROOF OF SERVICE