1  JOHN DONBOLI (SBN: 205218)
   jdonboli@delmarlawgroup.com
2  JL SEAN SLATTERY (SBN: 210965)
   sslattery@delmarlawgroup.com
3  DEL MAR LAW GROUP, LLP
   322 8th Street, Suite 101
4  Del Mar, CA 92014
   Telephone: (858) 793-6244
5  Facsimile: (858) 793-6005

6  Attorneys for Plaintiff: DONNA R. NELSON, an individual and on behalf
   of all others similarly situated

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  DONNA R. NELSON, an individual and on          )  CASE NO: 3:07-cv-02367-LAB-RBB
    behalf of the general public,                  )
11                                                 )  **NOTICE OF MOTION AND MOTION**
                            Plaintiff,             )  **TO REMAND FOR LACK OF SUBJECT**
12                                                 )  **MATTER JURISDICTION**
                      vs.                          )
13                                                 )  ACCOMPANYING DOCUMENTS:
    BIC USA, Inc., a Delaware Corporation, and     )  Memorandum of Points and Authorities;
14  DOES 1 through 100, inclusive,                 )  Declaration of Kevin T. Levine
                                                   )
15                          Defendants.            )  **[28 U.S.C. § 1447]**
                                                   )
16                                                 )  Date:          March 3, 2008
                                                   )  Time:          10:30 a.m.
17                                                 )  District Judge: Judge Larry Alan Burns
                                                   )  Room/Floor:    Room 9 / 2nd Floor
18                                                 )
                                                   )  **[ORAL ARGUMENT REQUESTED]**
19                                                 )
                                                   )
20                                                 )
21  _____           )

22

23      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24      PLEASE TAKE NOTICE THAT on March 3, 2008 at 10:30 a.m. in Courtroom 9 of the

25  above-entitled court, or as soon thereafter as this matter may be heard, before the Honorable

26  Larry A. Burns, plaintiff DONNA R. NELSON ("Plaintiff") will move the Court for an Order

27  remanding this action to the Superior Court for the State of California, County of San Diego.

28  The basis for this Motion is that this Court lacks federal subject matter jurisdiction over this

NOTICE OF MOTION AND MOTION TO REMAND
CASE NO. 3:07-cv-02367-LAB-RBB

1   matter.

2       This Motion is supported by the accompanying Memorandum of Points and Authorities

3   in support of the Motion, the Declaration of Kevin T. Levine, the papers, pleadings and records

4   on file in this action, and upon such oral and documentary evidence as may be presented to the

5   Court in connection with this Motion.

6   Dated: January 8, 2008                    Respectfully submitted,

7                                             DEL MAR LAW GROUP, LLP

8

9                                             by s/John H. Donboli_____

10                                            JOHN H. DONBOLI
                                              E-mail:  jdonboli@delmarlawgroup.com

11                                            JL SEAN SLATTERY
                                              E-mail:  sslattery@delmarlawgroup.com

12                                            Attorneys for Plaintiff DONNA R. NELSON, an
                                              individual and on behalf of all others similarly

13                                            situated

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28