| **UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT** | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):      Telephone No.<br>John H. Donboli  (SBN 205218)           Tel:  (858) 793-6244<br>J.L. Sean Slattery (SBN 210965)          Fax  (858) 793-6005<br>DEL MAR LAW GROUP, LLP<br>322 8th Street, Suite 101<br>Del Mar, CA 92014 | |
| SHORT CASE TITLE<br>NELSON v. BIC USA | ICJ:<br>DEPT: |
| ATTORNEYS FOR PLAINTIFF<br>DONNA NELSON | Case No.<br>3:07-cv-02367-LAB-RBB |

## PROOF OF SERVICE

I, the undersigned, say:  I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause.  My business address is 322 8th Street, Suite 101, Del Mar, California 92014.

On January 9, 2008, I served the following document(s):

**(1) NOTICE OF MOTION AND MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION;**

**(2) MEMORANDUM OF POINTS OF AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION;**

**(3) DECLARATION OF KEVIN T. LEVINE IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**

To the following recipients who are addressed as follows:

> Kevin Alexander
> Benjamin T. Morton
> Craig J. Mariam
> GORDON & REES, LLP
> 101 West Broadway, Ste. 1600
> San Diego, CA 92101
> Ph: (619) 696-6700
> Fx:  (619) 696-7124
> Email: cmariam@gordonrees.com
> Counsel for Defendant

( x )     BY ELECTRONIC FILING. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing System for the above-entitled case.  The Case Filing Receipt will be maintained with the original document(s) in our office.

-1-

PROOF OF SERVICE

-2-

1      I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

2

    Executed on January 10, 2008.

3                                                                            s/Kaia Gilbert

                                                                           Kaia Gilbert

4                                                                            kgilbert@delmarlawgroup.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PROOF OF SERVICE