### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

NELSON v. BIC USA                                 Case No. 07cv2367 LAB(RBB)
                                                  **Time Spent: 2 hrs. 5 mins.**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
        Plaintiffs                              Defendants

John Donboli (present)                  Kevin Alexander (present)
                                        Manuel Saldana (present)


PROCEEDINGS:   x   In Chambers      ___   In Court      ___   Telephonic

An early neutral evaluation conference and case management conference were held.

A settlement conference is set for June 26, 2008, at 2:00 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: February 1, 2008        IT IS SO ORDERED:   /s/ Ruben Brooks
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc:  Judge Burns                       INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\NELSON2367\MINUTE01.wpd