KEVIN ALEXANDER (SBN 175204)
RICHARD SPIRRA (SBN 106361)
CRAIG J. MARIAM (SBN 225280)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

MANUEL SALDANA (SBN 137060)
GORDON & REES LLP
633 W. 5th Street, Ste. 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
**BIC USA, INC.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 3:07-cv-2367<br><br>Honorable Larry A. Burns<br><br>**DECLARATION OF STEVE MILKEY IN SUPPORT OF DEFENDANT BIC USA, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date:　　　March 3, 2008<br>Time:　　　10:30 a.m.<br>Courtroom: 9 / 2nd Floor<br><br>[ORAL ARGUMENT REQUESTED] |

/ / /

/ / /

/ / /

<u>DECLARATION OF STEVE MILKEY</u>

I, Steve Milkey, declare:

1. I am the Senior Director of Sales for Defendant, BIC USA, INC. ("BIC"). BIC is a corporation formed under the laws of the State of Delaware. BIC's principal place of business is located in Milford, Connecticut. I am over the age of eighteen years and a citizen and resident of the United States of America. The matters stated in this declaration are of my own personal knowledge gained as an employee of BIC and, if called upon as a witness, I could and would competently testify thereto.

2. Each memorandum, report, record, or data compilation relied on or referenced in this declaration, including, but not limited to, sales, revenue, and profit records, has been kept in the course of a regularly conducted business activity, and it has been the regular practice of BIC to create and maintain these records as part of its regularly conducted business activity.

3. I have reviewed the Complaint filed by Plaintiff, Donna R. Nelson, captioned *Donna R. Nelson vs. BIC USA, Inc. and Does 1 through 100, inclusive*, filed in the Superior Court for the State of California in and for the County of San Diego, Case No. 37-2007-00081566-CU-BT-CTL.

4. As the Senior Director of Sales, I have access to BIC's sales data for the periods November 14, 2003 through the present. I have reviewed this data in preparation for verifying this declaration. During the four-year period preceding the filing of this action, from November 14, 2003 through November 13, 2007, BIC sold more than 50 million J-26 "Made in the USA" (i.e., "Maxi") lighters in the State of California. Based on my extensive sales experience selling BIC® lighters and based on sales, marketing, shipping and other related data, BIC's J-26 "Made in the USA" lighters were ultimately sold to far more than 500,000 individuals who, based on my review of the Complaint, would fall within the purported class. Further, during this period from November 14, 2003 through

November 13, 2007, BIC received in excess of $5 million dollars in revenues from the sale of BIC J-26 "Made in the USA" (Maxi) lighters in the State of California. BIC's profits from the sale of the "Made in the USA" Maxi lighters are also in excess of $5 million dollars. The sales, revenue, and profit figures contained in this paragraph relate to and represent only those Maxi lighters that contain the notation, "Made in USA"; they do not relate to or represent sales, revenue, or profit figures as to those Maxi lighters that contain the notation, "Made in France," "Made in Spain," "Made in Brazil," or any other country of origin other than the BIC Maxi lighters made in the USA. Sales of the Maxi lighters are continuing daily. Despite the allegations contained in the Complaint, BIC denies that Plaintiff or any alleged putative class member is entitled to recover any amount of BIC's revenues or profits arising out of the sale of these lighters.

5.  The cost of compliance to BIC with respect to Plaintiff's requested injunction would be extraordinary and practically speaking, impossible. Both BIC's internal requirements and external requirements, including applicable Customs Regulations, necessitate BIC's identifying the BIC® J-26 lighter's country of origin as "Made in the USA." BIC does not sell direct to the consumer, but rather to retailers and distributors. BIC cannot successfully prevent retailers and distributors outside of California from selling to consumers inside California. To the extent BIC might be able to control its design, manufacturing, marketing and sales processes to prevent it from selling its "Made in USA" lighters directly to retailers and distributors in California, it has little ability to control the sales by the retailers or distributors who are free to sell product in California. Further, should such changes in BIC's processes be feasible, and, practically, I do not know how they would be, such changes would be excessively expensive and burdensome to implement, and ineffective for the reasons stated herein.

/ / /

/ / /

1  I declare under the laws of the State of California and the United States of
2  America that the foregoing is true and correct.
3      Executed this _13_ day of February 2008, in Milford, Connecticut.

_____
Steve Milkey