**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>Case</u>: Nelson v. BIC USA                                    <u>Case No</u>: 07cv2367-LAB (RBB)

<u>HON.</u> Larry A. Burns            <u>CT. DEPUTY (n/a)</u>             <u>Rptr. (n/a)</u>

<u>Present</u>

<u>Plaintiff(s)</u>:        No appearance.

<u>Defendant(s)</u>:     No appearance.

Pursuant to Civil Local rule 7.1(d)(1), the court finds the issues presented in plaintiff's Motion To Remand appropriate for decision on the papers and without oral argument. Accordingly, the hearing presently scheduled for March 3, 2008 is ***off-calendar***, and the matter is under submission.

DATED:  February 26, 2008                              INITIALS:  <u>RLW</u> Law Clerk