1 JOHN DONBOLI (SBN: 205218)
jdonboli@delmarlawgroup.com
2 JL SEAN SLATTERY (SBN: 210965)
sslattery@delmarlawgroup.com
3 DEL MAR LAW GROUP, LLP
322 8th Street, Suite 101
4 Del Mar, CA 92014
Telephone: (858) 793-6244
5 Facsimile: (858) 793-6005

6 Attorneys for Plaintiff: DONNA R. NELSON, an individual and on behalf
of all others similarly situated
7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10 DONNA R. NELSON, an individual and on behalf of the general public, ) CASE NO: 3:07-cv-02367-LAB-RBB
11 ) **CLASS ACTION**
                          Plaintiff,
12 ) **JOINT MOTION TO CONTINUE RULE 26(A) INITIAL DISCLOSURE DEADLINE**
          vs.
13
BIC USA, Inc., a Delaware Corporation, and
14 DOES 1 through 100, inclusive,
) [PROPOSED ORDER LODGED VIA CHAMBERS EMAIL]
15                      Defendants.

16 District Judge:    Judge Larry Alan Burns
Room/Floor:    Room 9 / 2nd Floor
17
Magistrate Judge: Judge Ruben B. Brooks
18 Room/Floor:    Room B / 1st Floor

19

20
       COMES NOW plaintiff DONNA R. NELSON ("Plaintiff") and defendant BIC USA,
21
INC. ("Defendant"), through their respective counsels of record, and hereby stipulate as follows:
22
       WHEREAS, the Court held an early neutral evaluation ("ENE") on February 1, 2008 in
23
the above-entitled action before the Hon. Ruben B. Brooks;
24
       WHEREAS, the Court issued the "Order Following Early Neutral Evaluation
25
Conference, Setting Rule 26 Compliance and Notice of Case Management Conference" dated
26
February 1, 2008 following the ENE;
27
       WHEREAS, the Court required Plaintiff and Defendant (collectively referred to as the
28
"Parties") to complete the rule 26(a) initial disclosures on or before March 10, 2008;

1  WHEREAS, there is currently pending before the Hon. Larry A. Burns a motion to
2 remand the above-entitled action to state court for lack of subject matter jurisdiction;
3  WHEREAS, the Parties stipulate to continue the rule 26(a) initial disclosures date to
4 March 31, 2008 so the Parties can determine whether the above-entitled action will remain in
5 federal court;
6  NOW, THEREFORE, IT IS HEREBY STIPULATED that the Parties shall complete the
7 rule 26(a) initial disclosures on or before March 31, 2008.

8 Dated: March 10, 2008                    DEL MAR LAW GROUP, LLP

10                                           by /s/John H. Donboli
                                              JOHN H. DONBOLI
11                                            E-mail: jdonboli@delmarlawgroup.com
                                              JL SEAN SLATTERY
12                                            E-mail: sslattery@delmarlawgroup.com
                                              Attorneys for Plaintiff DONNA R. NELSON, an
13                                            individual and on behalf of all others similarly
                                              situated

15 Dated:  March 10, 2008                   GORDON & REES LLP

17                                           by: /s/Craig Mariam
                                              CRAIG J. MARIAM
18                                            E-mail: cmariam@gordonrees.com
                                              Counsel for Defendant: BIC USA, INC.