1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10   DONNA R. NELSON, an individual and on          ) CASE NO: 3:07-cv-02367-LAB-RBB
     behalf of the general public,                  )
11                                                  ) **CLASS ACTION**
                             Plaintiff,             )
12                                                  ) **ORDER GRANTING JOINT MOTION**
                     vs.                            ) **OF ALL PARTIES TO CONTINUE**
13                                                  ) **RULE 26(A) INITIAL DISCLOSURE**
     BIC USA, Inc., a Delaware Corporation, and     ) **DEADLINE**
14   DOES 1 through 100, inclusive,                 )
                                                    )
15                           Defendants.            )
                                                    ) District Judge:    Judge Larry Alan Burns
16                                                  ) Room/Floor:        Room 9 / 2nd Floor
                                                    )
17                                                  ) Magistrate Judge:  Judge Ruben B. Brooks
                                                    ) Room/Floor:        Room B / 1st Floor
18                                                  )
                                                    )
19

20          The Court having considered the parties' joint motion to continue Rule 26(a) initial

21   disclosures deadline, filed on or about March 10, 2008, and finding good cause,

22          IT IS ORDERED that the parties shall comply with Rule 26(a)(1)(A-D) mandatory initial

23   disclosures on or before March 31, 2008.

24          IT IS SO ORDERED.

25

26

27   Dated:  March 11, 2008                         _____
                                                    Magistrate Judge, District Court
28

-1-