KEVIN ALEXANDER (SBN 175204)
RICHARD R. SPIRRA (SBN 106361)
CRAIG J. MARIAM (SBN 225280)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

MANUEL SALDANA (SBN 137060)
GORDON & REES LLP
633 W. 5th Street, Ste. 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
**BIC USA, INC.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 07-CV-2367- LAB(RBB)<br><br>**JOINT MOTION TO CONTINUE RULE 26 (A) INITIAL DISCLOSURE DEADLINE**<br><br>[PROPOSED ORDER LODGED VIA CHAMBERS EMAIL]<br><br>Judge: Hon. Larry A Burns<br>Ctrm: Room 9 - 2d Floor<br><br>Magistrate Judge: Hon. Ruben B. Brooks<br>Ctrm: Room B – 1st Floor |

COMES NOW plaintiff DONNA R. NELSON ("Plaintiff") and defendant BIC USA, INC. ("Defendant"), through their respective counsels of record, and hereby stipulate as follows:

WHEREAS, the Court held an early neutral evaluation ("ENE") on February 1, 2008 in the above-entitled action before the Hon. Ruben B. Brooks;

WHEREAS, the Court issued the "Order Following Early Neutral Evaluation Conference, Setting Rule 26 Compliance and Notice of Case Management Conference" dated

-1-

JOINT MOTION TO CONTINUE RULE 26 (A) INITIAL DISCLOSURE DEADLINE

1    February 1, 2008 following the ENE;

2    WHEREAS, the Court required Plaintiff and Defendant (collectively referred to as the "Parties") to complete the rule 26(a) initial disclosures on or before March 10, 2008;

4    WHEREAS, there is currently pending before the Hon. Larry A. Burns a motion to remand the above-entitled action to state court for lack of subject matter jurisdiction;

6    WHEREAS, the Court previously continued the rule 26(a) initial disclosures to March 31, 2008;

8    WHEREAS, the Parties stipulate to continue the rule 26(a) initial disclosures date to April 21, 2008 so the Parties can determine whether the above-entitled action will remain in federal court;

11   NOW, THEREFORE, IT IS HEREBY STIPULATED that the Parties shall complete the rule 26(a) initial disclosures on or before April 21, 2008.

Dated: March 28, 2008                GORDON & REES LLP

                                     By:    S/ Richard Spirra
                                            Richard Spirra
                                            Attorneys for Defendant
                                            **BIC USA, INC.**

Dated: March 28, 2008                DEL MAR LAW GROUP, LLP

                                     By:    S/ John Donboli
                                            John Donboli
                                            Attorneys for Plaintiff
                                            **DONNA R. NELSON**

BICC/1048462/5556972v.1