**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public, | CASE NO.: 07-CV-2367- LAB(RBB) |
| Plaintiff, | ORDER GRANTING JOINT MOTION OF ALL PARTIES TO CONTINUE RULE 26(A) INITIAL DISCLOSURE DEADLINE |
| vs. | |
| BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive, | Judge: Hon. Larry A Burns<br>Ctrm: Room 9 - 2d Floor |
| Defendants. | Magistrate Judge: Hon. Ruben B. Brooks<br>Ctrm: Room B – 1st Floor |

The Court having considered the parties' joint motion to continue Rule 26(a) initial disclosures deadline, filed on or about March 28, 2008, and finding good cause,

IT IS ORDERED that the parties shall comply with Rule 26(a)(l)(A-D) mandatory initial disclosures on or before April 21, 2008.

IT IS SO ORDERED.

Dated: April 2, 2008

_____
Magistrate Judge, District Court

-1-

ORDER GRANTING JOINT MOTION OF ALL PARTIES TO CONTINUE RULE 26(A) INITIAL DISCLOSURE DEADLINE