| **UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT** | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   Telephone No.<br>John H. Donboli  (SBN 205218)          Tel:  (858) 793-6244<br>J.L. Sean Slattery (SBN 210965)       Fax  (858) 793-6005<br>DEL MAR LAW GROUP, LLP<br>322 8th Street, Suite 101<br>Del Mar, CA 92014 | |
| <u>SHORT CASE TITLE</u><br>NELSON v. BIC USA | ICJ:<br>DEPT: |
| <u>ATTORNEYS FOR PLAINTIFF</u><br>DONNA NELSON | <u>Case No.</u><br>3:07-cv-02367-LAB-RBB |

## PROOF OF SERVICE

I, the undersigned, say:  I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause.  My business address is 322 8th Street, Suite 101, Del Mar, California 92014.

On May 14, 2008, I served the following document(s):

1. **JOINT MOTION OF ALL PARTIES TO CONTINUE LITIGATION DATES SET FORTH IN CASE MANAGEMENT CONFERENCE ORDER**
2. **JOINT MOTION OF ALL PARTIES FOR LEAVE TO FILE AMENDED COMPLAINT**

To the following recipients who are addressed as follows:

| | |
|---|---|
| Kevin Alexander<br>Richard Spirra<br>Manuel Saldana<br>GORDON & REES, LLP<br>101 West Broadway, Ste. 1600<br>San Diego, CA 92101<br>Telephone: (619) 696-6700<br>Fax:  (619) 696-7124<br>Email:  cmariam@gordonrees.com<br>Counsel for Defendant | |

(X)   **BY ELECTRONIC FILING**.  I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing System for the above-entitled case.  The Case Filing Receipt will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

Executed on May 14, 2008.

s/John H. Donboli_____<br>John H. Donboli

-1-

PROOF OF SERVICE