JOHN DONBOLI (SBN: 205218)
jdonboli@delmarlawgroup.com
JL SEAN SLATTERY (SBN: 210965)
sslattery@delmarlawgroup.com
DEL MAR LAW GROUP, LLP
322 8th Street, Suite 101
Del Mar, CA 92014
Telephone: (858) 793-6244
Facsimile: (858) 793-6005

Attorneys for Plaintiff: DONNA R. NELSON, an individual and on behalf of all others similarly situated

KEVIN W. ALEXANDER (SBN 175204)
RICHARD SPIRRA (SBN 106361)
MANUEL S. SALDANA (SBN 137060)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant: BIC USA, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BIC USA, Inc., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 3:07-cv-02367-LAB-RBB<br><br>**CLASS ACTION**<br><br>**JOINT MOTION OF ALL PARTIES TO CONTINUE LITIGATION DATES SET FORTH IN CASE MANAGEMENT CONFERENCE ORDER**<br><br>District Judge:   Judge Larry Alan Burns<br>Room/Floor:     Room 9 / 2nd Floor<br><br>Magistrate Judge: Judge Ruben B. Brooks<br>Room/Floor:     Room B / 1st Floor |

COMES NOW plaintiff DONNA R. NELSON ("Plaintiff") and defendant BIC USA, INC. ("Defendant"), through their respective counsels of record, stipulate as follows:

-1-
JOINT MOTION OF ALL PARTIES TO CONTINUE LITIGATION DATES
CASE NO. 3:07-CV-02367-LAB-RBB

1     WHEREAS, the Court held an early neutral evaluation ("ENE") on February 1, 2008 in
2 the above-entitled action before the Hon. Ruben B. Brooks;

3     WHEREAS, the Court issued the "Case Management Conference Order Regulating
4 Discovery and Other Pretrial Proceedings" dated February 1, 2008 following the ENE;

5     WHEREAS, the parties were awaiting a ruling on Plaintiff's motion to remand to state
6 court for lack of subject matter jurisdiction from the Hon. Larry A. Burns to complete their
7 respective Rule 26(a) initial disclosures;

8     WHEREAS, the Parties served their initial disclosures on April 21, 2008;

9     WHEREAS, Plaintiff served a 30-day notice to Defendant pursuant to the Consumers
10 Legal Remedies Act pursuant to California Civil Code Section 1782(d) on April 18, 2008;

11     WHEREAS, the Parties anticipate the filing of a First Amended Complaint on or before
12 May 28, 2008;

13     WHEREAS, the "Case Management Conference Order Regulating Discovery and Other
14 Pretrial Proceedings" required that a motion to certify the class in the above-captioned case be
15 filed on or before June 2, 2008;

16     WHEREAS, the amendment to the Complaint will make the filing of a motion for class
17 certification on or before June 2, 2008 impractical, and will require the extension of other
18 discovery and case management dates;

19     IT IS HEREBY STIPULATED (pending Court approval) that the dates initially set in the
20 Case Management Conference Order for the following proceedings be revised as follows:

21     (1)     Plaintiff's final day to file the First Amended Complaint shall be <u>May 28, 2008</u>;

22     (2)     Defendant's final day to file its responsive pleading to the First Amended
23     Complaint shall be <u>June 27, 2008</u>;

24     (3)     Plaintiff's final day to file a motion for class certification shall be <u>August 25,
25     2008</u>;

26     (4)     Defendant's final day to file its response in opposition to the motion for class
27     certification shall be <u>September 15, 2008</u>;

28     (5)     Plaintiff's final day to file a reply motion in support of the motion for class

1 | certification shall be September 29, 2008;

2 | (6) The "further settlement conference" shall be continued from June 26, 2008 to a suitable date that occurs within two weeks of the Court's ruling on the motion for class certification;

(7) The discovery completion date shall be continued from November 3, 2008 to January 12, 2009;

(8) The final day to serve interrogatories and requests for production of documents shall be continued from September 1, 2008 to November 3, 2008;

(9) The designation of the case-in-chief experts shall be continued from September 1, 2008 to November 3, 2008;

(10) The designation of rebuttal experts shall be continued from September 29, 2008 to December 1, 2008; and

(11) The final date to file pretrial motions shall be continued from December 1, 2008 to February 9, 2009.

Dated: May 14, 2008            DEL MAR LAW GROUP, LLP

by s/John H. Donboli
JOHN H. DONBOLI
E-mail: jdonboli@delmarlawgroup.com
JL SEAN SLATTERY
E-mail: sslattery@delmarlawgroup.com
Attorneys for Plaintiff DONNA R. NELSON, an individual and on behalf of all others similarly situated

Dated: May 14, 2008            GORDON & REES LLP

by: s/Richard R. Spirra
KEVIN ALEXANDER
E-mail: kalexander@gordonrees.com
RICHARD R. SPIRRA
E-mail: rspirra@gordonrees.com
MANUEL SALDANA
E-mail: msaldana@gordonrees.com
Counsel for Defendant: BIC USA, INC.