# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public,<br><br>                        Plaintiff,<br>  vs.<br><br>BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>                        Defendants. | CASE NO. 07cv2367-LAB (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Dkt No. 29] |

    Pursuant to the joint motion of all parties to this putative class action for leave to permit plaintiff to file a First Amended Complaint, **IT IS HEREBY ORDERED** plaintiff shall file her First Amended Complaint within one week of the date this Order is entered. Defendant shall have 30 days from the date the First Amended Complaint is served within which to file its responsive pleading.

    **IT IS SO ORDERED**.

DATED: May 28, 2008

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge