**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>BIC USA, Inc., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　Defendants. | CASE NO: 3:07-cv-02367-LAB-RBB<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION OF ALL PARTIES TO CONTINUE LITIGATION DATES SET FORTH IN CASE MANAGEMENT CONFERENCE ORDER AS MODIFIED BY THE COURT** |

　　　The Court having considered the Joint Motion of All Parties to Continue Litigation Dates Set Forth in Case Management Conference Order, and finding good cause,

　　　IT IS ORDERED that the litigation dates set forth in the "Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings" dated February 1, 2008, are amended as follows:

　　　(1)　Plaintiff's final day to file the First Amended Complaint shall be May 28, 2008;

　　　(2)　Defendant's final day to file its responsive pleading to the First Amended Complaint shall be June 27, 2008;

　　　(3)　Plaintiff's final day to file a motion for class certification shall be July 28, 2008;

-1-
ORDER GRANTING JOINT MOTION OF ALL PARTIES TO CONTINUE LITIGATION DATES
CASE NO. 3:07-CV-02367-LAB-RBB

1   (4)   Defendant's final day to file its response in opposition to the motion for class
2         certification shall be August 18, 2008;
3   (5)   Plaintiff's final day to file a reply motion in support of the motion for class
4         certification shall be September 2, 2008;
5   (6)   The "further settlement conference" shall be continued from June 26, 2008 to
6         October 9, 2008, at 2:00 p.m.;
7   (7)   The discovery completion date shall be continued from November 3, 2008 to
8         December 12, 2008;
9   (8)   The final day to serve interrogatories and requests for production of documents
10        shall be continued from September 1, 2008 to October 1, 2008;
11  (9)   The designation of the case-in-chief experts shall be continued from September 1,
12        2008 to October 1, 2008;
13  (10)  The designation of rebuttal experts shall be continued from September 29, 2008 to
14        November 3, 2008; and
15  (11)  The final date to file pretrial motions shall be continued from December 1, 2008
16        to January 5, 2009.

17  IT IS SO ORDERED.

19  DATE:   June 5, 2008

            _____
            Hon. Ruben B. Brooks
            Magistrate Judge, District Court

-2-
ORDER GRANTING JOINT MOTION OF ALL PARTIES TO CONTINUE LITIGATION DATES
CASE NO. 3:07-CV-02367-LAB-RBB