KEVIN W. ALEXANDER (SBN 175204)
RICHARD R. SPIRRA (SBN 106361)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

MANUEL S. SALDANA (SBN 137060)
GORDON & REES LLP
633 W. 5th Street, Ste. 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
BIC USA, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 3:07-cv-2367 LAB RBB<br><br>**DEFENDANT BIC USA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>*Accompanying Papers:*<br>(1) Memorandum of Points and Authorities in Support of Motion;<br>(2) Notice of Lodgment of Exhibits in Support of Motion<br><br>Date: September 8, 2008<br>Time: 11:15 a.m.<br>Courtroom: 9<br>Judge: Hon. Larry A. Burns |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 8, 2008, at 11:15 a.m. or as soon thereafter as this matter may be heard, in Courtroom 9 of the above-entitled Court, located at 940 Front Street, San Diego, California, defendant BIC USA,

1  INC. (hereinafter "BIC,") will, and hereby does, move for an order, pursuant to
2  Rule 12 (b)(6) of the Federal Rules of Civil Procedure, dismissing the claims set
3  forth in the First Amended Complaint in this action on the ground that the First
4  Amended Complaint fails to state a claim on which relief may be granted because
5  the California statutes the claims allege BIC violated are preempted by federal law.
6     This motion is based on this notice, the accompanying memorandum of
7  points and authorities, the exhibits attached to the Notice of Lodgment filed
8  herewith, the pleadings on file in this action, and any oral argument that may be
9  heard by this Court.

11  Dated: July _1_, 2008                    GORDON & REES LLP

13                                           By: _____
14                                               Kevin W. Alexander
                                                 Richard R. Spirra
15                                               Manuel S. Saldana
                                                 Attorneys for Defendant BIC USA,
16                                               INC.

```
 1  KEVIN ALEXANDER (SBN 175204)
    email: kalexander@gordonrees.com
 2  RICHARD R. SPIRRA (SBN 106361)
    email: rspirra@gordonrees.com
 3  GORDON & REES LLP
    101 W. Broadway, Suite 2000
 4  San Diego, CA  92101
    Telephone:  (619) 696-6700
 5  Facsimile:  (619) 696-7124

 6
    MANUEL SALDANA (SBN 137060)
 7  email: msaldana@gordonrees.com
    GORDON & REES LLP
 8  633 W. 5th Street, Ste. 4900
    Los Angeles, CA  90071
 9  Telephone:  (213) 576-5000
    Facsimile:  (213) 680-4470
10

11  Attorneys for Defendant
    BIC USA, INC.
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public, | CASE NO. 3:07-CV-2367- LAB(RBB) |
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 2000, San Diego, CA  92101. On July 2, 2008, I served the within document:

**DEFENDANT BIC USA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

-1-

| | |
|---|---|
| 1 | ☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. Rule 5(b)]** by sending a true copy from Gordon & Rees LLP's facsimile transmission telephone number (619) 696-7124 to the fax number(s) set forth below, or as stated on the attached service list. I am readily familiar with the firm's practice for sending facsimile transmissions, and know that in the ordinary course of Gordon & Rees LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Gordon & Rees LLP for transmission. |

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

**John H Donboli**
Del Mar Law Group, LLP
322 Eighth Street
Suite 101
Del Mar, CA 92014
Email: jdonboli@delmarlawgroup.com


I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 2, 2008, at San Diego, California.

_/s/ Carolina Mendieta_
Carolina Mendieta

BICC/1048462/5269941v.1

-2-

PROOF OF SERVICE
CASE NO. 3:07-CV-2367