UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BIC USA, INC., a Delaware corporation; DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Civil No. 07cv2367 LAB(RBB)<br><br>CLASS ACTION<br><br>ORDER GRANTING JOINT EX PARTE APPLICATION TO CONTINUE CLASS CERTIFICATION MOTION FILING DATES [DOC. NO. 37] |

　　On July 16, 2008, Plaintiff and Defendant filed a Joint Ex Parte Application to Continue Class Certification Motion Filing Dates [doc. no. 37]. The Court has considered the Joint Ex Parte Application and finds good cause to grant the Application.

　　ACCORDINGLY, IT IS ORDERED that the dates set forth in the prior Order Granting Joint Motion of All Parties to Continue Litigation Dates [doc. no. 33] are amended as follows:

　　(1) Plaintiff's final day to file a motion for class certification shall be August 25, 2008;

1     (2)   Defendant's final day to file their response in
2 opposition to the motion for class certification shall be <u>September
3 15, 2008</u>;
4     (3)   Plaintiff's final day to file a reply motion in support
5 of the motion for class certification shall be <u>September 29, 2008</u>;
6     (4)   The "further settlement conference" shall be continued
7 from <u>October 9, 2008, at 2:00 p.m.</u> to <u>November 6, 2008, at 2:00
8 p.m.</u>
9 No other dates are affected by this Order.
10    IT IS SO ORDERED.
11
12 Dated:  July 18, 2008                 *(signature)*
                                          Ruben B. Brooks, Magistrate Judge
13                                        United States District Court
14 cc:
   Judge Burns
15 All Parties of Record