1  KEVIN ALEXANDER (SBN 175204)
   kalexander@gordonrees.com
2  RICHARD R. SPIRRA (SBN 106361)
   rspirra@gordonrees.com
3  GORDON & REES LLP
   101 W. Broadway, Suite 2000
4  San Diego, CA  92101
   Telephone:  (619) 696-6700
5  Facsimile:  (619) 696-7124

6  MANUEL SALDANA (SBN 137060)
   msaldana@gordonrees.com
7  GORDON & REES LLP
   633 W. 5th Street, Ste. 4900
8  Los Angeles, CA  90071
   Telephone:  (213) 576-5000
9  Facsimile:  (213) 680-4470

10 Attorneys for Defendant
   **BIC USA, INC.**
11
   JOHN DONBOLI (SBN:  205218)
12 jdonboli@delmarlawgroup.com
   JL SEAN SLATTERY (SBN: 210965)
13 sslattery@delmarlawgroup.com
   DEL MAR LAW GROUP, LLP
14 322 8th Street, Suite 101
   Del Mar, CA  92014
15 Telephone: (858) 793-6244
   Facsimile: (858) 793-6005
16
   Attorneys for Plaintiff**:  DONNA R. NELSON**, an individual and on behalf
17 of all others similarly situated

18
19                           **UNITED STATES DISTRICT COURT**
20                          **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 21  DONNA R. NELSON, an individual and on behalf of the general public, | CASE NO.: 07-CV-2367- LAB(RBB) |
| 22                    Plaintiff, | **JOINT MOTION OF ALL PARTIES TO CONTINUE DATES SET FOR FILING AND OPPOSING CLASS CERTIFICATION MOTION** |
| 23        vs. | |
| 24  BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive, | |
| 25 | Judge: Hon. Larry A Burns<br>Ctrm: Room 9 – 2nd  Floor |
| 26                    Defendants. | Magistrate Judge: Hon. Ruben B. Brooks<br>Ctrm: Room B – 1st Floor |
| 27 | |

28

- 1 -
JOINT MOTION OF ALL PARTIES TO CONTINUE DATES SET FOR FILING
AND OPPOSING CLASS CERTIFICATION MOTION
CASE NO.:  3:07-CV-2367-LAB-RBB

1  Plaintiff DONNA R. NELSON ("Plaintiff") and defendant BIC USA, INC.
2  ("Defendant"), through their respective counsels of record, stipulate as follows:
3  WHEREAS the last date for Plaintiff to file a motion for class certification was
4  previously set for August 25, 2008, and the last date for filing opposition papers was set for
5  September 15, 2008; and,
6  WHEREAS Defendant's motion to dismiss the Complaint is currently pending, and the
7  hearing date is September 8, 2008,
8  IT IS HEREBY STIPULATED (pending Court approval) that the dates initially set in the
9  Case Management Order for the filing of class certification motion papers be continued for two
10 weeks as follows:
11 (1) Plaintiff's final day to file a motion for class certification shall be September 8,
12 2008;
13 (2) Defendant's final day to file its response in opposition to the motion for class
14 certification shall be September 29, 2008; and,
15 (3) Plaintiff's final day to file a reply in support of the motion for class certification
16 shall be October 13, 2008.

Dated: August 20, 2008            GORDON & REES LLP

                                  By:   S/ Richard Spirra
                                        Kevin Alexander
                                        Richard Spirra
                                        Attorneys for Defendant
                                        **BIC USA, INC.**


Dated: August 20, 2008            DEL MAR LAW GROUP, LLP

                                  By:   S/ John Donboli
                                        John Donboli
                                        JL Sean Slattery
                                        Attorneys for Plaintiff
                                        **DONNA R. NELSON**