# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public,<br><br>            Plaintiff,<br><br>  vs.<br><br>BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO.: 07-CV-2367- LAB(RBB)<br><br>**ORDER GRANTING JOINT MOTION OF ALL PARTIES TO CONTINUE DATES SET FOR FILING AND OPPOSING CLASS CERTIFICATION MOTION [DOC. NO. 39]**<br><br>Judge: Hon. Larry A Burns<br>Ctrm: Room 9 - 2d Floor<br><br>Magistrate Judge: Hon. Ruben B. Brooks<br>Ctrm: Room B – 1st Floor |

On August 20, 2008, the parties filed a Joint Motion to Continue Dates Set for Filing and Opposing Class Certification Motion [doc. no. 39]. The Court finds that there is good cause for a continuance, and accordingly, the Joint Motion is GRANTED.

IT IS HEREBY ORDERED that the dates set forth in the prior Order Granting Joint Ex Parte Application to Continue Class Certification Motion Filing Dates [doc. no. 38] are amended as follows:

(1) Plaintiff's final day to file a motion for class certification shall be September 22, 2008. Before filing its motion for class certification, Plaintiff must obtain a hearing date from

1  Judge Burns' law clerk.

2      (2)  Defendant's final day to file its response in opposition to the motion for class

3  certification shall be October 13, 2008.

4      (3)  Plaintiff's final day to file a reply in support of the motion for class certification shall

5  be October 27, 2008.

6      (4) No other dates are affected by this Order.  The dates contained herein will not be

7  modified absent good cause.

8      IT IS SO ORDERED.

9

10  Dated:  August 21, 2008  
                                              Ruben B. Brooks, Magistrate Judge  
                                              United States District Court

11

12  cc:  
    Judge Burns  
13  All parties of record

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -  
ORDER GRANTING JOINT MOTION OF ALL PARTIES TO CONTINUE DATES SET FOR FILING  
AND OPPOSING CLASS CERTIFICATION MOTION  
CASE NO.:  3:07-CV-2367-LAB-RBB