| | |
|---|---|
| 1 | KEVIN ALEXANDER (SBN 175204) |
|   | kalexander@gordonrees.com |
| 2 | RICHARD R. SPIRRA (SBN 106361) |
|   | rspirra@gordonrees.com |
| 3 | GORDON & REES LLP |
|   | 101 W. Broadway, Suite 2000 |
| 4 | San Diego, CA  92101 |
|   | Telephone:  (619) 696-6700 |
| 5 | Facsimile:  (619) 696-7124 |

6  MANUEL SALDANA (SBN 137060)
   msaldana@gordonrees.com
7  GORDON & REES LLP
   633 W. 5th Street, Ste. 4900
8  Los Angeles, CA  90071
   Telephone:  (213) 576-5000
9  Facsimile:  (213) 680-4470

10 Attorneys for Defendant
   **BIC USA, INC.**

11

12 JOHN DONBOLI (SBN:  205218)
   jdonboli@delmarlawgroup.com
   JL SEAN SLATTERY (SBN: 210965)
13 sslattery@delmarlawgroup.com
   DEL MAR LAW GROUP, LLP
14 322 8th Street, Suite 101
   Del Mar, CA  92014
15 Telephone: (858) 793-6244
   Facsimile: (858) 793-6005

16

17 Attorneys for Plaintiff**:  DONNA R. NELSON**, an individual and on behalf
   of all others similarly situated

18

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public, | CASE NO.: 07-CV-2367- LAB(RBB) |
| Plaintiff, | **JOINT MOTION OF ALL PARTIES TO TAKE DEFENDANT'S MOTION TO DISMISS OFF CALENDAR TO PERMIT PREPARATION OF A SETTLEMENT AGREEMENT AND SUBMISSION OF A JOINT MOTION TO DISMISS** |
| vs. | |
| BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | Judge: Hon. Larry A Burns |
| | Ctrm: Room 9 – 2nd  Floor |
| | Magistrate Judge: Hon. Ruben B. Brooks |
| | Ctrm: Room B – 1st Floor |

- 1 -

1   WHEREAS defendant's previously filed motion to dismiss the claims on the ground that
2   they are preempted by federal law is set for a hearing date of September 8, 2008; and

3   WHEREAS the parties have tentatively agreed to the essential terms pursuant to which
4   they will settle and dismiss this case with prejudice, and they anticipate completing the required
5   documentation of the settlement terms and submission of a joint motion to dismiss by September
6   12, 2008; and

7   WHEREAS the parties wish to take the pending motion off calendar so the Court will not
8   have to unnecessarily review the motion papers and resolve the issues raised therein;

9   IT IS HEREBY STIPULATED that defendant's motion to dismiss shall, subject to
10  approval of this Court, be taken off calendar so that the parties may have the opportunity to
11  prepare a written settlement agreement and submit a joint motion to dismiss this case pursuant to
12  the terms of the agreement.

Dated: August 28, 2008        GORDON & REES LLP

                              By:  S/ Richard Spirra
                                   Kevin Alexander
                                   Richard Spirra
                                   Attorneys for Defendant
                                   **BIC USA, INC.**

Dated: August 28, 2008        DEL MAR LAW GROUP, LLP

                              By:  S/ John Donboli
                                   John Donboli
                                   JL Sean Slattery
                                   Attorneys for Plaintiff
                                   **DONNA R. NELSON**

BICC/1048462/5916130v.1

- 2 -
JOINT MOTION OF ALL PARTIES TO TAKE DEFENDANT'S
MOTION TO DISMISS OFF CALENDAR
CASE NO.: 3:07-CV-2367-LAB-RBB