## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>NELSON</u> v. <u>BIC USA</u>                                  Case No. <u>07cv2367 LAB(RBB)</u>
                                                    **Time Spent:** _____

<u>HON. RUBEN B. BROOKS</u>        <u>CT. DEPUTY VICKY LEE</u>                        <u>Rptr.</u>

                                        Attorneys
        <u>Plaintiffs</u>                          <u>Defendants</u>

<u>John Donboli</u>_____   <u>Kevin Alexander</u>_____
_____   <u>Manuel Saldana</u>_____
_____   _____

PROCEEDINGS:  _____  In Chambers  _____  In Court  _____  Telephonic

The settlement conference on November 6, 2008, at 2:00 p.m. is vacated and
reset for November 24, 2008, at 1:30 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's
chambers, 940 Front Street, Room 1185.  Parties other than individuals shall
bring a non-lawyer representative with complete authority to enter into a
binding settlement <u>and</u> a claims adjuster, if appropriate.**

DATE: <u>November 6, 2008</u>        IT IS SO ORDERED: _Ruben Brooks_
                                         Ruben B. Brooks,
                                         U.S. Magistrate Judge
cc: Judge Burns                    INITIALS: <u>VL (mg/irc)</u> Deputy
    All Parties of Record