JOHN DONBOLI (SBN: 205218)
jdonboli@delmarlawgroup.com
JL SEAN SLATTERY (SBN: 210965)
sslattery@delmarlawgroup.com
DEL MAR LAW GROUP, LLP
322 8th Street, Suite 101
Del Mar, CA 92014
Telephone: (858) 793-6244
Facsimile: (858) 793-6005

Attorneys for Plaintiff **DONNA R. NELSON,**
an individual and on behalf of all others similarly situated


KEVIN ALEXANDER (SBN 175204)
email: kalexander@gordonrees.com
RICHARD R. SPIRRA (SBN 106361)
email: rspirra@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

MANUEL SALDANA (SBN 137060)
email: msaldana@gordonrees.com
GORDON & REES LLP
633 W. 5th Street, Ste. 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
**BIC USA, INC.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public,<br><br>        Plaintiff,<br><br>vs.<br><br>BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. 3:07-CV-2367- LAB(RBB)<br><br>**JOINT MOTION OF ALL PARTIES TO DISMISS THE CASE** |

///

The parties to this action have signed a settlement agreement. Pursuant to that agreement, the parties hereby request that this action be dismissed with prejudice, with each party bearing its own costs and attorneys' fees except as expressly provided in the settlement agreement.

Dated: November 20, 2008               GORDON & REES LLP


                                       By:  /s/ Richard R. Spirra
                                            Kevin Alexander
                                            Richard R. Spirra
                                            Attorneys for BIC USA, INC.


Dated: November 20, 2008               DEL MAR LAW GROUP, LLP


                                       By:  /s/ John Donboli
                                            John Donboli
                                            JL Sean Slattery
                                            Attorneys for Plaintiff
                                            **DONNA R. NELSON**

KEVIN ALEXANDER (SBN 175204)
email: kalexander@gordonrees.com
RICHARD R. SPIRRA (SBN 106361)
email: rspirra@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

MANUEL SALDANA (SBN 137060)
email: msaldana@gordonrees.com
GORDON & REES LLP
633 W. 5th Street, Ste. 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
**BIC USA, INC.**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 3:07-CV-2367- LAB(RBB)<br><br>**PROOF OF SERVICE** |

　　　I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 2000, San Diego, CA 92101. On November 20, 2008, I served the within document:

**JOINT MOTION OF ALL PARTIES TO DISMISS THE CASE**

☒　**BY ELECTRONIC FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

-1-

☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. Rule 5(b)]** by sending a true copy from Gordon & Rees LLP's facsimile transmission telephone number (619) 696-7124 to the fax number(s) set forth below, or as stated on the attached service list. I am readily familiar with the firm's practice for sending facsimile transmissions, and know that in the ordinary course of Gordon & Rees LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Gordon & Rees LLP for transmission.

☐ **BY U.S. MAIL [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

John H Donboli
JL Sean Slattery
Del Mar Law Group, LLP
322 Eighth Street, Suite 101
Del Mar, CA 92014
Email: jdonboli@delmarlawgroup.com

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 20, 2008, at San Diego, California.

*Woody Doolittle*
Woody Doolittle

BICC/1048462/5269941v.1

-2-