# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA R. NELSON, an individual and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BIC USA, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07cv2367-LAB (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Dkt No. 44] |

All parties to this putative class action notified the court that they have signed a settlement agreement. Accordingly, the Court **grants** the joint motion to dismiss this action with prejudice.

The Court denies as moot all pending motions (including the motion to remand) and vacates all pretrial dates. The Clerk shall terminate this civil action.

**IT IS SO ORDERED**.

DATED: November 21, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge